Chartrisse A. Adlam, Esq.
Law Office of Yasser Ghoname
1135 Montauk Hwy
Mastic, NY 11950
Email: yghoname@ymglegal.com
Tel: 814-441-7564

## UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DINH TU NGUYEN**<br><br>                                Petitioner,<br>v.<br><br>**JUDITH ALMODOVAR**, Field Office Director of Enforcement and Removal Operations, New York City Field Office, Immigration and Customs Enforcement;<br>**Kristi NOEM**, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY;<br>**HON. Pamela BONDI**, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;<br>**RAUL MALDONADO, JR.**, Warden of Metropolitan Detention Center Brooklyn,<br><br>                                Respondents. | **AFFIDAVIT OF SERVICE**<br><br><br><br><br><br><br><br><br>Case No. 2:26-cv-00681 |

I, Chartrisse A. Adlam, hereby declare that, on February 6, 2026, I caused to be served the following documents in the above-captioned matter:
- Petition for Writ of Habeas Corpus;
- Order to Show Cause and Proposed Order
- Civil Cover Sheet;

I caused the aforementioned documents to be served by certified mail, at the following addresses:

1

United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

9589 0710 5270 0105 0331 91

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9589 0710 5270 0105 0332 07

Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

9589 0710 5270 0105 0332 14

Office of the Principal Legal Advisor
500 12th St, SW
Washington, DC 20536

9589 0710 5270 0105 0332 21

Warden, MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002, Brooklyn, NY 11232

9589 0710 5270 0105 0332 38

Copies of certified mail labels of these documents accompanies this affidavit as Exhibit A.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2026.

Chartrisse A. Adlam, Esq. for
Law Office of Yasser Ghoname
1135 Montauk Hwy
Mastic, NY 11950
Email: yghoname@ymglegal.com
         adlamlaw@hotmail.com
Tel: 814-441-7564