UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINH TU N.,[1]<br><br>    Petitioner,<br><br>    v.<br><br>JUDITH ALMODOVAR, et al.,<br><br>    Respondents. | No. 1:26-cv-01173-JLT-SKO (HC)<br><br>**FINDINGS AND RECOMMENDATION TO GRANT PETITION**<br><br>**[10-DAY DEADLINE]** |

Petitioner Dinh Tu N. is an immigration detainee proceeding with a petition for writ of habeas corpus. (Doc. 1.) The Court has previously addressed the legal issues raised by the petition. See, e.g., J.S.H.M. v. Wofford, No. 1:25-CV-01309-JLT-SKO (HC) (E.D. Cal. Oct. 16, 2025); Ortiz Donis v. Chestnut, No. 1:25-CV-01228-JLT-SAB (HC), 2025 WL 32879514 (E.D. Cal. Oct. 9, 2025); M.R.R. v. Chestnut, No. 1:25-CV-01517-JLT (HC), 2025 WL 3265446 (E.D. Cal. Nov. 24, 2025).

On February 11, 2026, the Court ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders in the

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. See Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

1  cases cited above that would justify denying the petition. (Doc. 13.) On February 14, 2026,
2  Respondents filed a response in which they confirmed that "there are no factual or legal issues in
3  this case that render it substantively distinct from the Court's prior orders." (Doc. 14 at 2.)
4  Nevertheless, Respondents disagree with the Court's statutory interpretation in those cases.

5        As Respondents have not made any new legal arguments and have not identified any
6  factual or legal issues in this case that would distinguish it from the Court's prior decisions in
7  J.S.H.M. v. Wofford, No. 1:25-CV-01309-JLT-SKO (HC) (E.D. Cal. Oct. 16, 2025); Ortiz Donis
8  v. Chestnut, No. 1:25-CV-01228-JLT-SAB (HC), 2025 WL 32879514 (E.D. Cal. Oct. 9, 2025);
9  M.R.R. v. Chestnut, No. 1:25-CV-01517-JLT (HC), 2025 WL 3265446 (E.D. Cal. Nov. 24,
10 2025), the Court will recommend the petition for writ of habeas corpus be GRANTED for the
11 reasons stated in those prior orders.

## RECOMMENDATION

13       Based on the foregoing, the Court RECOMMENDS that Respondents be ORDERED to
14 release Petitioner immediately and that Respondents be ENJOINED AND RESTRAINED from
15 re-detaining Petitioner unless they demonstrate, by clear and convincing evidence at a pre-
16 deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger
17 to the community such that his physical custody is legally justified.

18       This Findings and Recommendation is submitted to the United States District Court Judge
19 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the
20 Local Rules of Practice for the United States District Court, Eastern District of California.  Within
21 ten (10) days after being served with a copy of this Findings and Recommendation, a party may
22 file written objections with the Court and serve a copy on all parties. Id. The document should be
23 captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not
24 exceed fifteen (15) pages, except by leave of court with good cause shown. The Court will not
25 consider exhibits attached to the Objections. To the extent a party wishes to refer to any
26 exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page
27 number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in
28 excess of the fifteen (15) page limitation may be disregarded by the District Judge when

reviewing these Findings and Recommendations pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 838-39 (9th Cir. 2014). This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

IT IS SO ORDERED.

Dated:   **February 19, 2026**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE